IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES T. WOMACK, #231266

    Plaintiff,

v.                                                        4:13cv447-WS

TALLAHASSEE POLICE DEPT., et al.,

    Defendants.

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed October 1, 2013. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and to comply with an order of the court. The plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's complaint, and this action, are hereby DISMISSED without prejudice for failure to prosecute and to comply with an order of the court.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed

without prejudice."

DONE AND ORDERED this _____31st_____ day of ___October___, 2013.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE